**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: 07cv353

CERTEGY PAYMENT RECOVERY
SERVICES, INC.
c/o THE CORPORATION COMPANY
2000 INTERSTATE PARK DRIVE
SUITE 204
MONTGOMERY, AL 36109

2. Article Number
(Transfer from service label)  7004 1160 0003 5802 9831

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
x The Corporation Company        ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
The Corporation Company          4/30/07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes