# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# MONTGOMERY DIVISION

| | |
|---|---|
| ISABELL McQUEEN, | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : FILE NO. 2:07-CV-353-WKW |
| | : |
| CERTEGY PAYMENT RECOVERY SERVICES, INC., | : |
| | : |
| Defendant. | : |

## APPLICATION FOR ATTORNEY ADMISSION PRO HAC VICE

In accordance with Local Rule 83.1 of the United States District Court for the Middle District of Alabama, the undersigned, Jodi Emmert Zysek, respectfully moves for pro hac vice admission in the above referenced matter and in support of this application states as follows:

1. I am an attorney with the law firm of Parker, Hudson, Rainer & Dobbs LLP, 1500 Marquis Two Tower, 285 Peachtree Center, Avenue, N.E., Atlanta, GA 30303, (404) 523-5300 and an active member in good standing of the bars of the State of Georgia and the United States District Court for the Northern District of Georgia. I hereby apply for admission to practice in the Middle District of Alabama on a pro hac vice basis representing the defendant in the above-entitled action.

2. I have been retained by Certegy Payment Recovery Services, Inc. to provide legal representation in connection with the above-styled matter now pending before the United States District Court, Middle District of Alabama.

3. I have been admitted to practice and I am presently a member in good standing of the United States District Court where I regularly practice law.

4. I agree to abide by the Local Rules of the Middle District of Alabama.

5. My Certificate of Good Standing is attached hereto.

6. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of Alabama has been designated co-counsel in the above entitled action. The name, address, and telephone number of that attorney is:

> B. Saxon Main
> Ball, Ball, Matthews & Novak, P.A.
> P.O. Box 2148
> Montgomery, Alabama 36102-2148
> Telephone: (334) 387-7680
> Fax: (334) 387-3222
> E-mail: smain@ball-ball.com

WHEREFORE, I respectfully request permission to appear of record and participate pro hac vice before the United States District Court, Middle District of Alabama, in this matter.

Respectfully submitted this 25th day of May, 2007.

_____
Jodi Emmert Zysek

_____
B. Saxon Main - Sponsoring Attorney

**OF COUNSEL:**

Ball, Ball, Matthews & Novak, P.A.
P.O. Box 2148
Montgomery, Alabama 36102-2148
Telephone: (334) 387-7680
Fax: (334) 387-3222
E-mail: smain@ball-ball.com

**OF COUNSEL:**
David G. Russell
Georgia Bar No. 620350
PARKER, HUDSON, RAINER & DOBBS, LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, N.E.
Atlanta, Georgia 30303
Phone (404) 523-5300
Fax (404) 522-8409

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed with the Clerk of the Court a copy of the within and foregoing **APPLICATION FOR ATTORNEY ADMISSION PRO HAC VICE** utilizing the CM/ECF electronic filing system which will send electronic notification to all parties to this matter as follows:

> Edward McCoy Wayland, Esq.
> P.O. Box 17
> Montgomery, Alabama 36101
> edwayland@yahoo.com

This 25th day of May, 2007.

B. Saxon Main

545656_1



## CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA           }
                                   } ss.
NORTHERN DISTRICT OF GEORGIA       }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY that JODI EMMERT ZYSEK, State Bar No. 247407,** was duly admitted to practice in said Court on May 26, 2005 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 24th day of May, 2007.

JAMES N. HATTEN
CLERK OF COURT

By: _____
Kristina Kemp
Deputy Clerk

