**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| ISABELL McQUEEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-353-WKW |
| | ) |
| CERTEGY PAYMENT | ) |
| RECOVERY SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of the Application for Attorney Admission *Pro Hac Vice* of Jodi Emmert Zysek (Doc. #7) filed on May 25, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this 31st day of May, 2007.

      /s/   W. Keith Watkins
      UNITED STATES DISTRICT JUDGE