IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | |
|---|---|
| ISABELL McQUEEN, | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : FILE NO. 2:07-CV-353-WKW |
| | : |
| CERTEGY PAYMENT | : |
| RECOVERY SERVICES, INC., | : |
| | : |
| Defendant. | : |

**CERTEGY PAYMENT RECOVERY SERVICES, INC.'S
CORPORATE DISCLOSURE STATEMENT**

In accordance with the order of this Court, the undersigned party to the above-captioned matter does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities are hereby reported:

Certegy Payment Recovery Services, Inc. is a wholly-owned subsidiary of Certegy Check Services, Inc., which is owned through additional subsidiaries by Fidelity National Information Services, Inc., a publicly-traded company.

Respectfully submitted this 4th day of June 2007.

          **Ball, Ball, Matthews & Novak, P.A.**

          /s/ B. Saxon Main_____
          B. Saxon Main (MAI005)
          One of the Attorneys for Defendant Certegy Payment Recovery Services, Inc.

**Of Counsel:**
Ball, Ball, Matthews & Novak, P.A.
P.O. Box 2148
Montgomery, Alabama  36102-2148
Phone:  (334) 387-7680
Fax:  (334) 387-3222
Email:  smain@ball-ball.com

David G. Russell (Georgia Bar No. 620350)
Jodi E. Zysek (Georgia Bar No. 247407)
Parker, Hudson, Rainer & Dobbs LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, N.E.
Atlanta, Georgia  30303
Phone:  (404) 523-5300
Fax:  (404) 522-8409
E-mail:  drussell@phrd.com
        jzysek@phrd.com

          Attorneys for Defendant Certegy Payment Recovery Services, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2007, I electronically filed the foregoing with the Clerk of the Court, using the AlaFile system which will send notification of such filing to the following registered persons and that those persons not registered with the AlaFile system were served by U.S. Mail.

        Edward McCoy Wayland, Esq.
        P.O. Box 17
        Montgomery, Alabama  36101
        edwayland@yahoo.com


        /s/ B. Saxon Main_____
        B. Saxon Main