# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# MONTGOMERY DIVISION

| | |
|---|---|
| **ISABELL McQUEEN,** | : |
| | : |
| **Plaintiff,** | : |
| | : CIVIL ACTION |
| v. | : FILE NO. 2:07-CV-353-WKW |
| | : |
| **CERTEGY PAYMENT** | : |
| **RECOVERY SERVICES, INC.,** | : |
| | : |
| **Defendant.** | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The undersigned counsel for all parties hereby stipulate and agree that, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the above-styled action is hereby dismissed with prejudice. Having resolved her claims against Defendant Certegy Payment Recovery Services, Inc., Plaintiff Isabell McQueen hereby dismisses with prejudice all claims asserted or that could have been asserted in this case. The parties shall each bear their own attorneys' fees and costs.

Respectfully submitted,

s/ Edward M. Wayland_____
Edward M. Wayland, Esq.
AOC # WAY004
P.O. Box 17
Montgomery, AL   36101
(334) 834-9901
(334) 264-8742 (fax)
e-mail:  edwayland@yahoo.com

Counsel for Plaintiff Isabell McQueen


/s/  Jodi Emmert Zysek
David G. Russell
Georgia Bar No. 620350
Jodi E. Zysek
Georgia Bar No. 247407
Parker, Hudson, Rainer & Dobbs LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, N.E.
Atlanta, Georgia  30303
Phone:  (404) 523-5300
Fax:  (404) 522-8409
E-mail:  drussell@phrd.com
           jzysek@phrd.com

B. Saxon Main
Ball, Ball, Matthews & Novak, P.A.
AOC # MAI005
P.O. Box 2148
Montgomery, Alabama  36102-2148
Phone:  (334) 387-7680
Fax:  (334) 387-3222
Email:  smain@ball-ball.com

Counsel for Defendant Certegy Payment
Recovery Services, Inc.

# **CERTIFICATE OF SERVICE**

I hereby certify that I have on this day filed electronically via CM/ECF a true copy of the within and foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE**, with notice of same being electronically served by the Court, addressed to the following:

>   Edward M. Wayland, Esq.
>   P.O. Box 17
>   Montgomery, AL   36101
>   edwayland@yahoo.com

This <u>20th</u> day of September, 2007.

<u>/s/ Jodi Emmert Zysek</u>