IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ISABELL McQUEEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-353-WKW |
| | ) |
| CERTEGY PAYMENT RECOVERY SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

The parties filed a joint Stipulation of Dismissal with Prejudice (Doc. # 15). Pursuant to Rule 41 (a)(1) of the Federal Rules of Civil Procedure, it is hereby ORDERED that this civil action is DISMISSED with prejudice.

An appropriate judgment will be entered.

DONE this 21st day of September, 2007.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE